# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3667
L.T. Case No. 16-2025-DR-005724

_____

CHRISTOPHER SHOOTES,

    Appellant,

    v.

STANLEY SHOOTES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Christopher Shootes, Jacksonville, pro se.

No Appearance for Appellee.

April 30, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____